UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID EMBLAD, ET AL.,<br><br>Plaintiff/Petitioner<br><br>vs.<br>CHARLES A AUSTIN, III, ET AL.,<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO.<br>**05 10055 GAO**<br><br>FILED<br>IN CLERKS OFFICE<br>2005 FEB -7  P 3: 02<br><br>AFFIDAVIT OF SERVICE OF DISTRICT COURT<br>SUMMONS;COMPLAINT  OF MASS |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **26th day of January, 2005, at 2:30 PM**, at the address of **11 S 12TH Street, RICHMOND, Richmond City County, VA**; this affiant served the above described documents upon **TATTERSALL ADVISORY GROUP, INC.**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Tina L. Rogers, Secretary to Corporation Service Company, Registered, Agent, and authorized person, W/F, Brown hair, 5'7", 120 lbs, 20's**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of _Massachusetts_ that the statement above is true and correct.

_____
**Eddie W. Null, Sr.**

SUBSCRIBED AND SWORN to before me this 26th day of January, 2005

_____
NOTARY PUBLIC in and for the State of **Virginia**

| | | |
|---|---|---|
| ABC's Client Name<br>**Baron & Budd, P.C. (PFI)** | ORIGINAL PROOF OF<br>SERVICE | ABC Tracking #: **3633818** |