UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID ELMBLAD, WAYNE SMITH and ANNA SMITH, on Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>CHARLES A. AUSTIN, III, SHIRLEY L. FULTON, K. DUN GIFFORD, DR. LEROY KEITH, JR., GERALD M. MCDONNELL, WILLIAM WALT PETTIT, DAVID M. RICHARDSON, DR. RUSSELL A. SALTON, III, MICHAEL S. SCOFIELD, RICHARD J. SHIMA, RICHARD K. WAGONER, CFA, EVERGREEN INVESTMENT SERVICES, INC., EVERGREEN INVESTMENT MANAGEMENT COMPANY, INC., GRANTHAM, MAYO, VAN OTTERLOO & CO. LLC, TATTERSALL ADVISORY GROUP, INC., J.L. KAPLAN ASSOCIATES, LLC, AND JOHN DOES NO. 1 through 100,<br><br>        Defendants. | Civil Action No. 05 10055 (GAO) |

## ASSENTED TO MOTION TO ENLARGE TIME

      Defendants Evergreen Investment Services, Inc. ("Evergreen Investment") and Evergreen Investment Management Company, LLC ("Evergreen Management") hereby move that the time for Evergreen Investment and Evergreen Management to respond to Plaintiffs' Class Action Complaint shall be extended to and including March 17, 2005. At present, the responses are due on February 15, 2005. This is the first request for enlargement of time.

      Counsel for the moving Defendants has consulted with counsel for the Plaintiffs regarding the extension, and counsel for the Plaintiffs has assented to the enlargement of time.

9653308.1

WHEREFORE, defendants Evergreen Investment and Evergreen Management pray that the Court allow this motion and enlarge the time in which they must file their responses to Plaintiffs' Class Action Complaint.

Respectfully submitted,

EVERGREEN INVESTMENT SERVICES INC. and EVERGREEN INVESTMENT MANAGEMENT COMPANY, LLC,

By their attorneys,

/s/ Bonnie Schroeder McGuire
Robert G. Jones (BBO #630767)
Bonnie Schroeder McGuire (BBO #651519)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000
(617) 951-7050 (fax)

Dated: February 15, 2005