THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID ELMBLAD, WAYNE SMITH and ANNA SMITH, on Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>v.<br><br>CHARLES A. AUSTIN, III, SHIRLEY L. FULTON, K. DUN GIFFORD, DR. LEROY KEITH, JR., GERALD M. MCDONNELL, WILLIAM WALT PETTIT, DAVID M. RICHARDSON, DR. RUSSELL A. SALTON, III, MICHAEL S. SCOFIELD, RICHARD J. SHIMA, RICHARD K. WAGONER, CFA, EVERGREEN INVESTMENT SERVICES, INC., EVERGREEN INVESTMENT MANAGEMENT COMPANY, INC., GRANTHAM, MAYO, VAN OTTERLOO & CO. LLC, TATTERSALL ADVISORY GROUP, INC., J.L. KAPLAN ASSOCIATES, LLC, and JOHN DOES NO. 1 through 100,<br><br>                Defendants. | Civil Action No. 05-CV-10055 (GAO) |

**CORPORATE DISCLOSURE STATEMENT OF
EVERGREEN INVESTMENT SERVICES, INC.
AND EVERGREEN INVESTMENT MANAGEMENT
COMPANY, LLC PURSUANT TO LOCAL RULE 7.3**

      Pursuant to Local Rule 7.3, Evergreen Investment Services, Incorporated and Evergreen Investment Management Company, LLC hereby disclose that the Wachovia Corporation is the sole parent corporation of both Evergreen Investment Services, Incorporated and Evergreen Investment Management Company, LLC. The Wachovia Corporation is the sole publicly held company that owns ten percent or more of the stock

of Evergreen Investment Services, Incorporated and Evergreen Investment Management Company, LLC.

        EVERGREEN INVESTMENT
        SERVICES, INC. and EVERGREEN
        INVESTMENT MANAGEMENT
        COMPANY, LLC

        By their attorneys,

        /s/ Bonnie Schroeder McGuire
        Robert G. Jones (BBO #630767)
        Bonnie Schroeder McGuire (BBO #651519)
        ROPES & GRAY LLP
        One International Place
        Boston, MA 02110-2624
        (617) 951-7000

Dated: February 15, 2005