## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID ELMBLAD, WAYNE SMITH and ANNA SMITH, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES A. AUSTIN, III, SHIRLEY L. FULTON, K. DUN GIFFORD, DR. LEROY KEITH, JR., GERALD M. MCDONNELL, WILLIAM WALT PETTIT, DAVID M. RICHARDSON, DR. RUSSELL A. SALTON, III, MICHAEL S. SCOFIELD, RICHARD J. SHIMA, RICHARD K. WAGONER, CFA, EVERGREEN INVESTMENT SERVICES, INC., EVERGREEN INVESTMENT MANAGEMENT COMPANY, INC., GRANTHAM, MAYO, VAN OTTERLOO & CO. LLC, TATTERSALL ADVISORY GROUP, INC., J.L. KAPLAN ASSOCIATES, LLC, AND JOHN DOES NO. 1 through 100, <br><br> Defendants. | Civil Action No. 05 10055 GAO |

## ASSENTED TO MOTION TO ENLARGE TIME

Defendant Grantham, Mayo, Van Otterloo & Co. LLC ("GMO"), hereby moves that the time for GMO to respond to Plaintiffs' Class Action Complaint shall be extended to and including March 17, 2005. At present, the responses are due on February 15, 2005. This is the first request for enlargement of time.

Counsel for the moving Defendant has consulted with counsel for the Plaintiffs regarding the extension, and counsel for the Plaintiffs has assented to the enlargement of time.

9653308.1

WHEREFORE, defendant GMO prays that the Court allow this motion and enlarge the time in which they must file their responses to Plaintiffs' Class Action Complaint.

Respectfully submitted,

GRANTHAM MAYO VAN OTTERLOO & CO.,

By its attorneys,

/s/ Bonnie Schroeder McGuire
Robert A. Skinner (BBO #567862)
Bonnie Schroeder McGuire (BBO #651519)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000
(617) 951-7050 (fax)

Dated: February 15, 2005