THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID ELMBLAD, WAYNE SMITH and ANNA SMITH, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>CHARLES A. AUSTIN, III, SHIRLEY L. FULTON, K. DUN GIFFORD, DR. LEROY KEITH, JR., GERALD M. MCDONNELL, WILLIAM WALT PETTIT, DAVID M. RICHARDSON, DR. RUSSELL A. SALTON, III, MICHAEL S. SCOFIELD, RICHARD J. SHIMA, RICHARD K. WAGONER, CFA, EVERGREEN INVESTMENT SERVICES, INC., EVERGREEN INVESTMENT MANAGEMENT COMPANY, INC., GRANTHAM, MAYO, VAN OTTERLOO & CO. LLC, TATTERSALL ADVISORY GROUP, INC., J.L. KAPLAN ASSOCIATES, LLC, and JOHN DOES NO. 1 through 100,<br>　　　　　　　Defendants. | Civil Action No. 05-CV-10055 (GAO) |

**GRANTHAM, MAYO, VAN OTTERLOO & CO. LLC'S
CORPORATE DISCLOSURE STATEMENT
<u>PURSUANT TO LOCAL RULE 7.3</u>**

　　　　Pursuant to Local Rule 7.3, Grantham, Mayo, Van Otterloo & Co. LLC hereby discloses that it has no parent corporation and no publicly held company owns ten percent or more of its stock.

                GRANTHAM, MAYO, VAN OTTERLOO
                & CO. LLC

                By its attorneys,

                /s/ Bonnie Schroeder McGuire
                Robert A. Skinner (BBO # 567862)
                Bonnie Schroeder McGuire (BBO #651519)
                ROPES & GRAY LLP
                One International Place
                Boston, MA 02110-2624
                (617) 951-7000

Dated:  February 15, 2005