UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID ELMBLAD, WAYNE SMITH and ANNA SMITH, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CHARLES A. AUSTIN, III, SHIRLEY L. FULTON, K. DUN GIFFORD, DR. LEROY KEITH, JR., GERALD M. MCDONNELL, WILLIAM WALT PETTIT, DAVID M. RICHARDSON, DR. RUSSELL A. SALTON, III, MICHAEL S. SCOFIELD, RICHARD J. SHIMA, RICHARD K. WAGONER, CFA, EVERGREEN INVESTMENT SERVICES, INC., EVERGREEN INVESTMENT MANAGEMENT COMPANY, INC., GRANTHAM, MAO, VAN OTTERLOO & CO. LLC, TATTERSALL ADVISORY GROUP, INC., J.L. KAPLAN ASSOCIATES, LLC, and JOHN DOES NO. 1 through 100,<br><br>　　　　Defendants. | Case No. <u>CV 05 10055</u> |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. 41(a), plaintiffs hereby dismiss this action, which has not been certified as a class action, without prejudice.

Dated: March 16, 2005.

　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　<u>/s/ David Pastor</u>
　　　　　　　　　　　　　　　　　　　David Pastor (BBO #391000)
　　　　　　　　　　　　　　　　　　　GILMAN AND PASTOR, LLP
　　　　　　　　　　　　　　　　　　　Stonehill Corporate Center
　　　　　　　　　　　　　　　　　　　999 Broadway, Suite 500
　　　　　　　　　　　　　　　　　　　Saugus, MA 01906
　　　　　　　　　　　　　　　　　　　(781) 231-7850
　　　　　　　　　　　　　　　　　　　(781) 231-7841 fax

00004379.WPD ; 1

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax


J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax

00004379.WPD ; 1