UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID ELMBLAD, WAYNE SMITH and ANNA SMITH, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES A. AUSTIN, III, SHIRLEY L. FULTON, K. DUN GIFFORD, DR. LEROY KEITH, JR., GERALD M. MCDONNELL, WILLIAM WALT PETTIT, DAVID M. RICHARDSON, DR. RUSSELL A. SALTON, III, MICHAEL S. SCOFIELD, RICHARD J. SHIMA, RICHARD K. WAGONER, CFA, EVERGREEN INVESTMENT SERVICES, INC., EVERGREEN INVESTMENT MANAGEMENT COMPANY, INC., GRANTHAM, MAO, VAN OTTERLOO & CO. LLC, TATTERSALL ADVISORY GROUP, INC., J.L. KAPLAN ASSOCIATES, LLC, and JOHN DOES NO. 1 through 100, <br><br> Defendants. | Case No. 1:05 CV 10055 GAO |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 60 State Street, 37th Floor
> Boston, MA 02109
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

00004839.WPD ; 1

Dated: May 25, 2005                                       Respectfully submitted,


                                                          /s/ David Pastor
                                                          David Pastor (BBO # 391000)
                                                          GILMAN AND PASTOR, LLP
                                                          60 State Street, 37th Floor
                                                          Boston, MA 02109
                                                          Telephone: (617) 742-9700
                                                          Facsimile: (617) 742-9701

                                                          **Attorney for Plaintiffs**

00004839.WPD ; 1